UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>JUAN C SILVA<br>MIRIAM SILVA<br>717 RIDGE DR<br>MARENGO, IL 60152<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 19-82113<br><br><br><br><br><br><br>Judge: Thomas Lynch |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

CITIBANK NA
6716 GRADE LN BLG 9 STE 910-PY DEPT

LOUISVILLE KY 40213-3439

CITIBANK, N.A.
5800 S. CORPORATE PL

SIOUX FALLS SD 57108-5027

You are hereby notified that the above objection has been set for hearing before the **U.S. Bankruptcy Court, Room 3100, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101** at the following date and time:

**JANUARY 9, 2020 8:45 A.M.**

You may appear at the stated time and place and offer evidence in support of or in opposition to such objection. If you fail to appear, the allegations of said objection may be taken as true and an Order entered accordingly.

### Certificate of Mailing

The undersigned certifies that a copy of this objection, notice and order were mailed to the Debtor(s) at the address on file with the Trustee's office, the creditor listed above in envelopes addressed as indicated bearing first class postage on the 21st day of NOVEMBER, 2019. I further certify that a copy was served on the Debtor(s)' attorney via electronic notification that occurs automatically upon the filing of said objection. The creditor's copies of this Notice and the envelopes addressed to all creditors' addresses were mailed to the attention of an officer, a managing or general agent or agent authorized by law to receive service of process.

/s/Susan K. Jones
For Lydia S. Meyer, Trustee

### OBJECTION TO COURT CLAIM #16

Now comes Lydia S. Meyer, Chapter 13 Trustee, and objects to the claim of CITIBANK NA and in support thereof, states the following:

1. The bar date for non-governmental creditors to file claims was 11/5/19.
2. CITIBANK NA filed a claim on 11/14/19 (#16 on PACER) in the amount of $390.98; the claim was filed after the claims bar date.
3. Pursuant to §502(b)(9) if an objection is made to a claim that was filed after the applicable bar date it must be disallowed as not timely filed.

WHEREFORE, the Trustee prays that said late filed claim of CITIBANK NA be disallowed, and for such other and further relief as this court deems proper.

Respectfully Submitted:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee
P.O. Box 14127
Rockford, IL 61105-4127

**Fill in this information to identify the case:**

Debtor 1: Juan C Silva

Debtor 2 (Spouse, if filing): Miriam Silva

United States Bankruptcy Court for the: Northern District of IL

Case number: 19-82113

## Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Citibank, N.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor: SHELL CONSUMER

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Citibank, N.A.
Name
5800 S Corporate Pl
Number    Street
Sioux Falls         SD      57108-5027
City               State    ZIP Code

Contact phone: (800) 846-8444
Contact email: Recovery.Bankruptcy@citi.com

Where should payments to the creditor be sent? (if different)

Citibank, N.A.
Name
6716 Grade Ln Blg 9 Ste 910-PY DEPT
Number    Street
Louisville         KY      40213-3439
City               State    ZIP Code

Contact phone: (800) 846-8444
Contact email: Recovery.Bankruptcy@citi.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
Q 1 8 0 3 4 9 9 2 1 6 _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/____
                                                                      MM   DD   YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __9__ __1__ __7__ __7__

7. How much is the claim? $ 390.98 . Does this amount include Interest or other charges?
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Money Loaned

9. Is all or part of the claim secured?
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.
   
   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____
   
   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   Value of property:                          $_____
   Amount of the claim that is secured:        $_____
   
   Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   Amount necessary to cure any default as of the date of the petition:    $_____
   
   Annual Interest Rate (when case was filed)_____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410                          Proof of Claim                          page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check one:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    11/14/2019
                   MM / DD / YYYY

/s/ Nova Schottel
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Nova | | Schottel |
|---|---|---|---|
| | First name | Middle name | Last name |

Title    Document Control Officer

Company    Citibank, N.A.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    5800 S Corporate Pl
           Number    Street

           Sioux Falls                SD        57108-5027
           City                       State     ZIP Code

Contact phone    (800) 846-8444       Email     Recovery.Bankruptcy@citi.com

## Bankruptcy Rule 3001(c)(3)(A) Statement of Account Information

| Account Number(s) (redacted) | Claimant | Merchant Name |
|---|---|---|
| 9177 | Citibank, N.A. | SHELL CONSUMER |

| Account Name(s) | | |
|---|---|---|
| Miriam Silva | | |

| Current Creditor/Assignee | Previous Creditor/Assignor | |
|---|---|---|
| Citibank, N.A. | Not Applicable | |

| Open Date | Last Payment Date | Charge Off Date |
|---|---|---|
| 08/03/2015 | 12/15/2017 | 05/13/2018 |

| Last Transaction Date | Name of Entity to Whom Debt was Owed at Last Transaction | |
|---|---|---|
| 01/21/2018 | Citibank, N.A. | |

## Bankruptcy Rule 3001(c)(2) Balance Itemization

| Total Claim Amount | Principal | Interest | Fee | Cost |
|---|---|---|---|---|
| $390.98 | $264.71 | $25.27 | $101.00 | $0.00 |

## Please send all notices and inquiries for additional account information/media to claims department

| | Phone | Uniform Claim Identifier |
|---|---|---|
| Citibank, N.A. | 1-800-846-8444 | Q1803499216 |
| 5800 S Corporate Pl | Email | |
| Sioux Falls, SD 57108-5027 | Recovery.Bankruptcy@citi.com | |